IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRODHEIM, | No. CIV S-10-0272-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| KATHLEEN DICKENSON, | |
| Respondent. | |
| _____/ | |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's requests for leave to proceed in forma pauperis (Doc. 3 and 6 ).  Petitioner's petition will be addressed separately.

      Petitioner has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that petitioner is unable to prepay fees and costs or give security therefor.

      Accordingly, IT IS HEREBY ORDERED that petitioner's motions for leave to proceed in forma pauperis (Doc. 3 and 6) are granted.

DATED: April 21, 2010

                                                                          **CRAIG M. KELLISON**
                                                                         UNITED STATES MAGISTRATE JUDGE