1    DANIEL J. BRODERICK, Bar #89424
     Federal Defender
2    DAVID M. PORTER, Bar #127024
     Assistant Federal Defender
3    Counsel Designated for Service
     801 I Street, 3rd Floor
4    Sacramento, California 95814
     Telephone: (916) 498-5700
5
     Seeking Appointment as
6    Attorney for Petitioner
     MICHAEL BRODHEIM
7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL BRODHEIM,                ) NO. Civ. S 10-0272-CMK
                                      )
12            Petitioner,             ) **REQUEST FOR APPOINTMENT OF**
                                      ) **COUNSEL; ORDER**
13        v.                          )
                                      )
14   KATHLEEN DICKENSON, Acting       )
     Warden,                          )
15                                    )
              Respondent.             )
16                                    )
     _____)
17

18        Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and Rule

19   8(c), Rules Governing Section 2254 Cases, Petitioner, MICHAEL BRODHEIM,

20   and the Office of the Federal Defender hereby request that the Office of

21   the Federal Defender be appointed counsel for Mr. Brodheim in that:

22        1.  On November 2, 2006, this Court issued an order in *Michael J.*

23   *Brodheim v. M. Veal*, Civ. S 06-02326 LKK GGH, in which Mr. Brodheim is

24   challenging the State's 2003 denial of parole, and it determined that the

25   interests of justice required the appointment of counsel because of the

26   complexity of the legal issues involved.  Accordingly, the Court

27   appointed the Office of the Federal Defender to represent Mr. Brodheim in

28   that action;

1    2.    That action is still pending, having been administratively

2  stayed on March 16, 2009, pending *Hayward v. Marshall*, 512 F.3d 536 (9th

3  Cir. 2008), *reh'g en banc granted*, No. 06-55392, 527 F.3d 797 (9th Cir.

4  Filed May 16, 2008).

5    3.    In the above-entitled action, Mr. Brodheim challenges the 2007

6  decision of the Board of Parole Hearings and Governor denying him parole,

7  and Mr. Porter represented Mr. Brodheim in his state habeas corpus

8  proceedings;

9    4.    There is significant overlap in the parties and claims asserted

10 in the two actions, both of which raise complex legal issues;

11    5.    Respondents have the benefit of counsel.

12    Accordingly, on behalf of Mr. Brodheim, the Federal Defender's

13 Office requests that the Court enter the order lodged herewith appointing

14 the office to represent Mr. Brodheim in the above-entitled matter.

15 Dated:   February 2, 2010

16                              Respectfully submitted,

17                              DANIEL J. BRODERICK
                                Federal Defender
18
                                */s/ David M. Porter*
19                              DAVID M. PORTER
                                Assistant Federal Defender
20
                                Seeking Appointment as
21                              Attorney for Petitioner
                                MICHAEL J. BRODHEIM
22

23

24

25

26

27

28

2

1

**O R D E R**

2      In light of the application, and good cause appearing therefor, the

3  Office of the Federal Defender and Assistant Federal David M. Porter are

4  appointed to represent petitioner Michael J. Brodheim in the above-

5  entitled matter.

6

7   DATED:   June 30, 2010

8  _____

9  **CRAIG M. KELLISON**
   UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3