```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
MICHAEL BRODHEIM
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRODHEIM, | NO. Civ. S 10-272 GEB CMK |
| Petitioner, | **UNOPPOSED REQUEST TO FILE JOINT STATUS REPORT; ORDER** |
| v. | |
| KATHLEEN DICKENSON, Acting Warden, | **Judge:  Hon. Craig M. Kellison** |
| Respondent. | |

Petitioner, MICHAEL BRODHEIM, by and through his counsel, Assistant Federal Defender David M. Porter, hereby requests that the Court enter the order lodged herewith directing the parties to file a joint status report within seventy-five (75) days from the service of the order for the reasons set forth below.

In the above-entitled proceeding, Mr. Brodheim is challenging the state's 2007 decision to deny him parole.  In a separate proceeding, *Michael J. Brodheim v. M. Veal*, No. Civ. S 06-2326 LKK GGH, Mr. Brodheim is challenging the state's 2003 decision to deny him parole.  In that case, the district court granted Mr. Brodheim's petition on November 1,

2010 and directed the Warden to release Mr. Brodheim within 45 days unless the Board held a new suitability hearing. The Board has set a new parole suitability hearing for Mr. Brodheim on December 1, 2010.

Accordingly, Mr. Brodheim respectfully requests this Court enter the order lodged herewith vacating the deadline for the filing of the traverse (CR #17), and setting a deadline for the filing of a joint status report within seventy-five (75) days of the date of the order. On November 4, 2010, the undersigned spoke with counsel for respondent, Deputy Attorney General Pamela B. Hooley, who graciously indicated that she had no objection to this request.

Dated:   November 4, 2010

                          Respectfully submitted,

                          DANIEL J. BRODERICK
                          Federal Defender

                          */s/ David M. Porter*
                          DAVID M. PORTER
                          Assistant Federal Defender

                          Attorney for Petitioner
                          MICHAEL J. BRODHEIM

## **O R D E R**

Having reviewed the unopposed request of petitioner, and good cause appearing therefor, it is hereby ORDERED that the order setting the deadline for the filing of the traverse (CR #17) is VACATED. The parties shall file a joint status report within seventy-five (75) days from the service of this order.

DATED: November 9, 2010

                                            _____
                                            CRAIG M. KELLISON
                                            UNITED STATES MAGISTRATE JUDGE